# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

GREGORY J. LEMOND,             Civil No. 17-2071 (JRT/TNL)

       Plaintiff,

v.                                      **ORDER ADOPTING REPORT AND RECOMMENDATION**

FREDERICK HAROLD STINCHFIELD, *also known as Frederick Harold Stinchfield, II*, and FREDERICK HAROLD STINCHFIELD, *also known as Frederick Harold Stinchfield, III,*,

       Defendants.

_____

       Karl C. Procaccini, Lawrence M. Shapiro, and Matthew D. Forsgren, **GREENE ESPEL PLLP**, 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, for plaintiff,

       Zorislav R. Leyderman, **THE LAW OFFICE OF ZORISLAV R. LEYDERMAN**, 222 South Ninth Street, Suite 1600, Minneapolis, MN 55402, defendants.

       Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2017 (Docket No. 86), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Stinchfield III's Motion to Dismiss (Docket No. 43) is **DENIED WITHOUT PREJUDICE.**

2. Stinchfield II's Motion to Dismiss (Docket No. 50) is **DENIED WITHOUT PREJUDICE.**

Dated: January 5, 2018         s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court